UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FBG, LLC, Relator; a limited
liability company,

    Plaintiff,

v.

                                              Case No. 3:18-cv-166-BJD-JBT

OPKO HEALTH INC. LLC, a
corporation, PHILLIP FROST,
M.D., CEO and Chairman of
OPKO, MARC D. GRODMAN,
M.D., Chairman of Board and CEO
or BRLI since at least 2005,
CHARLES TODD, Vice President
Sales and Marketing and was a
Member of the Board of Directors
for BRLI since at least 2010,
BIOREFERENCE HEALTH, LLC,
and ADAM LOGAL,

    Defendants.
_____/

## ORDER

    **THIS CAUSE** is before the Court on Defendants' Motion to Dismiss the First Amended Complaint (Doc. 89) filed June 20, 2023; Relator's Request for Oral Argument (Doc. 91) filed July 25, 2023; and the related briefing (Docs. 90, 94).

Prudence dictates that the Court first evaluate Defendant's argument that Relator's First Amended Complaint (Doc. 89) constitutes a shotgun pleading. There are four basic types of shotgun pleadings:

> (1) Those in which "each count adopts the allegations of all preceding counts;" (2) those that do not re-allege all preceding counts but are "replete with conclusory, vague, and immaterial facts not obviously connected to any particular cause of action"; (3) those that do not separate each cause of action or claim for relief into a different count; and (4) those that assert multiple claims against multiple defendants without specifying which applies to which.

Yeyille v. Miami Dade Cnty. Public Schools, 643 Fed. Appx. 882, 884 (11th Cir. 2016) (quoting Weiland v. Palm Beach Cnty. Sheriff's Office, 792 F.3d 1313, 1321-23 (11th Cir. 2015)). "The unifying characteristic of all types of shotgun pleadings is that they fail to … give the defendants adequate notice of the claims against them and the grounds upon which each claim rests." Weiland, 792 F.3d at 1323. Consequently, in ruling on the sufficiency of a claim, the Court is faced with the onerous task of shifting out irrelevancies in order to decide for itself which facts are relevant to a particular cause of action asserted. See id.

Relator's Amended Complaint constitutes a shotgun pleading. Each of Relator's 15 counts lumps each of the six Defendants together, without specifying which Defendant committed what specific act.

Accordingly, after due consideration, it is

**ORDERED:**

1. The Defendants' Motion to Dismiss the First Amended Complaint (Doc. 89) is **GRANTED** to the extent that Relator's First Amended Complaint (Doc. 82) is **STRICKEN**.

2. On or before **January 19, 2024**, Relator may file a second amended complaint.

3. Relator's Motion for Oral Argument (Doc. 91) is **DENIED as moot**.

**DONE** and **ORDERED** in Jacksonville, Florida this 29th day of December, 2023.

BRIAN J. DAVIS
United States District Judge

9
Copies furnished to:

Counsel of Record
Unrepresented Parties