IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA, STATE OF FLORIDA, STATE OF GEORGIA, COMMONWEALTH OF MASSACHUSETTS, STATE OF CALIFORNIA *ex rel*. FBG, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>OPKO HEALTH, INC., a Delaware corporation; BIOREFERENCE HEALTH, LLC, a Delaware limited liability company, fka BIO-REFERENCE LABORATORIES, INC., PHILLIP FROST, M.D., an individual, MARC D. GRODMAN, M.D., an individual, CHARLES TODD, an individual, and ADAM LOGAL, an individual,<br><br>Defendants. | Civil Case No. 3:18-cv-166-WWB-JBT |

NOTICE OF APPEAL

1

Plaintiffs United States of America, State of Florida, State of Georgia, Commonwealth of Massachusetts, and State of California, by and through Relator FBG, LLC, appeals to the United States Court of Appeals for the Eleventh Circuit the January 23, 2024 Order (Dkt. 105), dismissing with prejudice the Second Amended Complaint filed on January 19, 2024 (Dkt. 103).

February 16, 2024

Respectfully submitted,

LEVIN PAPANTONIO RAFFERTY

/s/ Matthew D. Schultz
MATTHEW D. SCHULTZ (FBN 640328)
PETER MOUGEY (FBN 191825)
CHRISTOPHER G. PAULOS (FBN 91579)
W. TROY BOUK (FBN 0043384)
LEVIN PAPANTONIO RAFFERTY
316 S. Baylen Street, Suite 600
Pensacola, FL 32502-5996
Telephone:   (850) 435-7067
Facsimile:    (850) 436-6066
E-Mail:        mschultz@levinlaw.com
                    pmougey@levinlaw.com
                    cpaulos@levinlaw.com
                    tbouk@levinlaw.com

COTCHETT, PITRE & McCARTHY, LLP

/s/ Grace Y. Park
NIALL P. McCARTHY (CA SBN 160175)
(*pro hac vice to be sought*)
GRACE Y. PARK (CA SBN 239928)
(*pro hac vice*)
CARLOS URZUA (CA SBN 303176)
(*pro hac vice*)
JEFFREY G. MUDD (CA SBN 326304)
(*pro hac vice to be sought*)
COTCHETT, PITRE & McCARTHY, LLP
2716 Ocean Park Blvd., Suite 3088
Santa Monica, CA 94045

2

Telephone: (310) 392-2008
Facsimile: (310) 391-0111
E-Mail: nmccarthy@cpmlegal.com
gpark@cpmlegal.com
curzua@cpmlegal.com
jmudd@cpmlegal.com

*Attorneys for Relator*

CERTIFICATE OF SERVICE

I hereby certify that on February 16, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

/s/ *Grace Y. Park*
Attorney for Relator