**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

Sam M. Gibbons U.S. Courthouse
Office of the Clerk
801 North Florida Avenue
Tampa, FL 33602
(813) 301-5400
www.flmd.uscourts.gov

Elizabeth M. Warren                                          Kristin Esposito
Clerk of Court                                          Tampa Division Manager

**DATE:** February 20, 2024

**TO:**   Clerk, U.S. Court of Appeals for the Eleventh Circuit

FBG, LLC,

     Plaintiff,

v.                                          Case No: 3:18-cv-166-WWB-JBT

OPKO HEALTH INC. LLC, PHILLIP FROST, MARC D.
GRODMAN, CHARLES TODD, BIOREFERENCE
HEALTH, LLC and ADAM LOGAL,

     Defendants.

**U.S.C.A. Case No.:**        **TBD**

Enclosed are documents and information relating to an appeal in the above-referenced action.  Please acknowledge receipt on the enclosed copy of this letter.

- Honorable Wendy W. Berger, United States District Judge appealed from.

- Appeal filing fee was paid.

- Certified copy of Notice of Appeal, docket entries, judgment and/or Order appealed from.  Opinion was not entered orally.

- No hearing from which a transcript could be made.

           ELIZABETH M. WARREN, CLERK

           By:      s/G. Lobaina, Deputy Clerk

APPEAL, CLOSED, MEDIATION, SL DOC

# U.S. District Court
## Middle District of Florida (Jacksonville)
## CIVIL DOCKET FOR CASE #: <u>3:18–cv–00166–WWB–JBT</u>

| | |
|---|---|
| FBG, LLC v. OPKO Health Inc. LLC et al | Date Filed: 01/13/2022 |
| Assigned to: Judge Wendy W. Berger | Date Terminated: 01/23/2024 |
| Referred to: Magistrate Judge Joel B. Toomey | Jury Demand: Plaintiff |
| Cause: 31:3730 Qui Tam False Claims Act | Nature of Suit: 376 Qui Tam (31 U.S.C. § 3729(a)) |
| | Jurisdiction: Federal Question |

**Plaintiff**

**FBG, LLC**
*Relator; a limited liability company*

represented by

**Bethany M. Hill**
King & Siegel LLP
724 South Spring Street, Suite 201
Los Angeles, CA 90014
Los Angeles, CA 90014
213–465–4802
Email: bhill@cpmlegal.com
*TERMINATED: 10/17/2023*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Carlos Urzua**
Cotchett Pitre & McCarthy LLP
2716 Ocean Park Boulevard
Suite 3088
Santa Monica, CA 90405
310–392–2008
Fax: 310–392–0111
Email: curzua@cpmlegal.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Christopher G. Paulos**
Levin, Papantonio, Rafferty, Proctor,
Buchanan, O'Brien
316 S. Baylen Street
Suite 600
Pensacola, FL 32502
850–435–7067
Email: cpaulos@levinlaw.com
*ATTORNEY TO BE NOTICED*

**Grace Y. Park**
Cotchett, Pitre & McCarthy LLP
2716 Ocean Park Blvd.
Suite 3088
Santa Monica, CA 90405

1

310–392–2008
Fax: 310–392–0111
Email: gpark@cpmlegal.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jeffrey G. Mudd**
2716 Ocean Park Blvd.
Suite 3088
Santa Monica, CA 90405
310–392–2008
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Justin T. Berger**
Cotchett, Pitre & McCarthy LLP
840 Malcolm Rd
Suite 200
Burlingame, CA 94010
650–697–6000
Fax: 650–697–0577
Email: jberger@cpmlegal.com
*TERMINATED: 10/17/2023*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew D. Schultz**
Levin, Papantonio, Thomas, Mitchell,
Rafferty & Proctor, P.A
316 S. Baylen St., Suite 600
Pensacola, FL 32502
850–435–7140
Email: mschultz@levinlaw.com
*ATTORNEY TO BE NOTICED*

**Niall P. McCarthy**
2716 Ocean Park Blvd
Suite 3088
Santa Monica, Ca 90405
310–392–2008
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Peter James Mougey**
Levin Papantonio Rafferty
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
850–435–7068
Email: pmougey@levinlaw.com
*ATTORNEY TO BE NOTICED*

**Winston Troy Bouk**

Levin Law Firm
Mass Tort Department
316 S. Baylen Street
Suite 600
Pensacola, FL 32502–5996
850–435–7154
Email: tbouk@levinlaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**OPKO Health Inc. LLC**                represented by    **Brian P. Dunphy**
*a Delaware corporation*                                                   Mintz, Levin, Cohn, Ferris, Glovsky and
                                                                                         Popeo, P.C.
                                                                                         One Financial Center
                                                                                         Boston, MA 02111
                                                                                         617–542–6000
                                                                                         Fax: 617–542–2241
                                                                                         Email: bdunphy@mintz.com
                                                                                         *PRO HAC VICE*
                                                                                         *ATTORNEY TO BE NOTICED*

                                                                                         **Grady R. Campion**
                                                                                         Mintz, Levin, Cohn, Ferris, Glovsky and
                                                                                         Popeo, P.C.
                                                                                         One Financial Center
                                                                                         Boston, MA 02111
                                                                                         617–348–1785
                                                                                         Email: grcampion@mintz.com
                                                                                         *PRO HAC VICE*
                                                                                         *ATTORNEY TO BE NOTICED*

                                                                                         **Hope S. Foster**
                                                                                         Mintz, Levin, Cohn, Ferris, Glovsky, and
                                                                                         Popeo
                                                                                         701 Pennsylvania Ave., NW
                                                                                         Suite 9th Floor
                                                                                         Washington, DC 20004
                                                                                         202–434–7300
                                                                                         Email: hsfoster@mintz.com
                                                                                         *PRO HAC VICE*
                                                                                         *ATTORNEY TO BE NOTICED*

                                                                                         **Karen S. Lovitch**
                                                                                         Mintz, Levin, Cohn, Ferris, Glovsky and
                                                                                         Popeo, P.C.
                                                                                         555 12th St NW
                                                                                         Suite 1100
                                                                                         Washington, DC 20004
                                                                                         202–434–7300

Email: kslovitch@mintz.com
*ATTORNEY TO BE NOTICED*

**Kathleen Crowley**
Orr Cook
50 N. Laura Street
Suite 1675
Jacksonville, FL 32202
904–358–8300
Fax: 904–385–8303
Email: kcrowley@orrcook.com
*ATTORNEY TO BE NOTICED*

**Michael Fox Orr**
Dawson | Orr | Cook | Fix | Stewart P.L.
Suite 1675
50 N. Laura St.
Jacksonville, FL 32202
904/358–8300
Fax: 904/358–8303
Email: morr@orrcook.com
*ATTORNEY TO BE NOTICED*

**Defendant**

| **Phillip Frost** | represented by | **Brian P. Dunphy** |
| *an individual* | | (See above for address) |
| | | *PRO HAC VICE* |
| | | *ATTORNEY TO BE NOTICED* |

**Grady R. Campion**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Hope S. Foster**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Karen S. Lovitch**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kathleen Crowley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Fox Orr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

4

**Marc D. Grodman**
*an individual*

represented by **Eric Corngold**
Friedman Kaplan Seiler Adelman &
Robbins LLP
7 Times Square
Ste 28th Floor
New York, NY 10036
212–833–1100
Email: ecorngold@fklaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael Fox Orr**
(See above for address)

**Priyanka Wityk**
Friedman Kaplan Seiler Adelman &
Robbins LLP
7 Times Square
Ste 28th Floor
New York, NY 10036
212–833–1100
Email: pwityk@fklaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Scott Stephen Gallagher**
Smith, Gambrell & Russell, LLP
50 N Laura St Ste 2600
Jacksonville, FL 32202
904/598–6100
Fax: 904/598–6300
Email: ssgallagher@sgrlaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Charles Todd**
*an individual*

represented by **Michael Fox Orr**
(See above for address)

**Patrick F. Linehan**
Steptoe LLP
1330 Connecticut Ave. NW
Washington, DC 20036
202–429–8154
Email: plinehan@steptoe.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Scott Stephen Gallagher**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

5

| | | |
|---|---|---|
| **Bioreference Health, LLC**<br>*a Delaware limited liability company*<br>*formerly known as*<br>Bio–Reference Laboratories, Inc. | represented by | **Michael Fox Orr**<br>(See above for address) |

**Defendant**

| | | |
|---|---|---|
| **Adam Logal**<br>*an individual* | represented by | **Michael Fox Orr**<br>(See above for address) |

**Movant**

| | | |
|---|---|---|
| **United States of America**<br>*ex rel FBG, LLC* | represented by | **Kelley Clement Howard–Allen**<br>U.S. Attorney's Office<br>Middle District of Florida<br>400 N. Tampa St., Ste. 3200<br>Tampa, FL 33602<br>813/274–6000<br>Fax: 813/274–6178<br>Email: kelley.howard@usdoj.gov<br>*ATTORNEY TO BE NOTICED*<br><br>**Sean Michael Powers**<br>US Attorney's Office – FLM*<br>Suite 700<br>300 N Hogan St<br>Jacksonville, FL 32202<br>904/301–6254<br>Fax: 904/301–6240<br>Email: sean.powers@usdoj.gov<br>*ATTORNEY TO BE NOTICED* |

**Movant**

**State of California**
*ex rel FBG, LLC*

**Movant**

**State of Georgia**
*ex rel FBG, LLC*

**Movant**

**Commonwealth of Massachusetts**
*ex rel FBG, LLC*

**Movant**

**State of Florida**
*ex rel FBG, LLC*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/13/2022 | 1 | |

| | | |
|---|---|---|
| | | COMPLAINT against Phillip Frost, Marc D. Grodman, OPKO Health Inc. LLC, Charles Todd with Jury Demand filed by FBG, LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F)(KEM) Modified on 2/3/2022 Fees paid 1/26/18 $400.00 JAX026569(LRB). (Entered: 01/13/2022) |
| 01/14/2022 | 32 | NOTICE to counsel Peter Mougey of Local Rule 2.01(a), which requires membership or special admission in the Middle District bar to practice in the Middle District, except for the limited exceptions identified in the Rule. To apply for membership in the Middle District, visit www.flmd.uscourts.gov/for–lawyers. (Signed by Deputy Clerk). (KEM) (Entered: 01/14/2022) |
| 02/02/2022 | 33 | PROPOSED summons to be issued by FBG, LLC. (Paulos, Christopher) (Entered: 02/02/2022) |
| 02/02/2022 | 34 | PROPOSED summons to be issued by FBG, LLC. (Paulos, Christopher) (Entered: 02/02/2022) |
| 02/02/2022 | 35 | PROPOSED summons to be issued by FBG, LLC. (Paulos, Christopher) (Entered: 02/02/2022) |
| 02/02/2022 | 36 | PROPOSED summons to be issued by FBG, LLC. (Paulos, Christopher) (Entered: 02/02/2022) |
| 02/02/2022 | 37 | NOTICE of Local Rule 3.02(a)(2), which requires the parties in every civil proceeding, except those described in subsection (d), to file a case management report (CMR) using the uniform form at www.flmd.uscourts.gov. The CMR must be filed (1) within forty days after any defendant appears in an action originating in this court, (2) within forty days after the docketing of an action removed or transferred to this court, or (3) within seventy days after service on the United States attorney in an action against the United States, its agencies or employees. Judges may have a special CMR form for certain types of cases. These forms can be found at www.flmd.uscourts.gov under the Forms tab for each judge. (Signed by Deputy Clerk). (CKS) (Entered: 02/02/2022) |
| 02/03/2022 | 38 | SUMMONS issued as to Phillip Frost, Marc D. Grodman, OPKO Health Inc. LLC, Charles Todd. (JDR) (Entered: 02/03/2022) |
| 02/09/2022 | 39 | JOINT NOTICE of Declination (That the States of Florida, Georgia, and Massachusetts decline to intervene) by State of Florida (Vitale, Matthew) (Modified on 2/10/2022 to edit docket text) (JDR). (Entered: 02/09/2022) |
| 03/04/2022 | 40 | Unopposed MOTION for Extension of Time to File Answer re 1 Complaint by Phillip Frost, OPKO Health Inc. LLC. (Orr, Michael) Motions referred to Magistrate Judge Joel B. Toomey. (Entered: 03/04/2022) |
| 03/07/2022 | 41 | **ENDORSED ORDER granting 40 Defendants' Unopposed Motion for Extension of Time. Defendants shall have up to and including April 11, 2022 to respond to the Complaint. Signed by Magistrate Judge Joel B. Toomey on 3/7/2022. (JDM)** (Entered: 03/07/2022) |
| 03/16/2022 | 42 | Unopposed MOTION for Extension of Time to File Answer re 1 Complaint by Charles Todd. (Gallagher, Scott) Motions referred to Magistrate Judge Joel B. Toomey. (Entered: 03/16/2022) |
| 03/17/2022 | 43 | |

7

| | | |
|---|---|---|
| | | **ENDORSED ORDER granting 42 Defendant Charles Todd's Unopposed Motion for Extension of Time. Defendant shall have up to and including April 25, 2022 to respond to the Complaint. Signed by Magistrate Judge Joel B. Toomey on 3/17/2022. (JDM)** (Entered: 03/17/2022) |
| 03/17/2022 | 44 | Unopposed MOTION for Patrick F. Linehan to appear pro hac vice, Special Admission fee paid, Receipt No. AFLMDC−19354425 for $150 by Charles Todd. (Gallagher, Scott) Motions referred to Magistrate Judge Joel B. Toomey. (Entered: 03/17/2022) |
| 03/18/2022 | 45 | **ENDORSED ORDER granting 44 Unopposed Motion for Special Admission. If Patrick F. Linehan, Esq., has not already done so, he shall immediately register for a login and password for electronic filing at the Court's website at www.flmd.uscourts.gov. Signed by Magistrate Judge Joel B. Toomey on 3/18/2022. (JDM)** (Entered: 03/18/2022) |
| 03/18/2022 | 46 | MOTION for Brian P. Dunphy to appear pro hac vice by Phillip Frost, OPKO Health Inc. LLC. (Crowley, Kathleen) Motions referred to Magistrate Judge Joel B. Toomey. (Entered: 03/18/2022) |
| 03/18/2022 | 47 | MOTION for Hope S. Foster to appear pro hac vice by Phillip Frost, OPKO Health Inc. LLC. (Crowley, Kathleen) Motions referred to Magistrate Judge Joel B. Toomey. (Entered: 03/18/2022) |
| 03/18/2022 | 48 | MOTION for Karen S. Lovitch to appear pro hac vice by Phillip Frost, OPKO Health Inc. LLC. (Crowley, Kathleen) Motions referred to Magistrate Judge Joel B. Toomey. (Entered: 03/18/2022) |
| 03/18/2022 | 49 | MOTION for Grady R. Campion to appear pro hac vice by Phillip Frost, OPKO Health Inc. LLC. (Crowley, Kathleen) Motions referred to Magistrate Judge Joel B. Toomey. (Entered: 03/18/2022) |
| 03/21/2022 | 50 | **ENDORSED ORDER granting 46, 47, 48, & 49, Unopposed Motions for Special Admission. If Brian P. Dunphy, Esq., Hope S. Foster, Esq., Karen S. Lovitch, Esq., and Grady R. Campion, Esq., have not already done so, they each shall immediately pay the admission fee and register for a login and password for electronic filing at the Court's website at www.flmd.uscourts.gov. Signed by Magistrate Judge Joel B. Toomey on 3/21/2022. (JDM)** (Entered: 03/21/2022) |
| 03/22/2022 | | FEE PAID. Fee for pro hac vice appearance, Receipt No. AFLMDC−19370591 for $150 paid. Special Admission for Non−Resident Attorney Brian P. Dunphy, Esq. (Orr, Michael) (Entered: 03/22/2022) |
| 03/22/2022 | | FEE PAID. Fee for pro hac vice appearance, Receipt No. AFLMDC−19370702 for $150 paid. Special Admission for Non−Resident Attorney Hope S. Foster, Esq.. (Orr, Michael) (Entered: 03/22/2022) |
| 03/22/2022 | | FEE PAID. Fee for pro hac vice appearance, Receipt No. AFLMDC−19370719 for $150 paid. Special Admission for Non−Resident Attorney Karen S. Lovitch, Esq.. (Orr, Michael) (Entered: 03/22/2022) |
| 03/22/2022 | | FEE PAID. Fee for pro hac vice appearance, Receipt No. AFLMDC−19370750 for $150 paid. Special Admission for Non−Resident Attorney Grady R. Campion, Esq.. (Orr, Michael) (Entered: 03/22/2022) |
| 03/24/2022 | 51 | |

| | | |
|---|---|---|
| | | UNOPPOSED SECOND MOTION for Extension of Time to File Answer re 1 Complaint by Phillip Frost, OPKO Health Inc. LLC. (Orr, Michael) Motions referred to Magistrate Judge Joel B. Toomey. (Modified on 3/25/2022 to edit docket text) (JDR). (Entered: 03/24/2022) |
| 03/24/2022 | 52 | Unopposed MOTION for Extension of Time to File Answer re 1 Complaint by Marc D. Grodman. (Gallagher, Scott) Motions referred to Magistrate Judge Joel B. Toomey. (Entered: 03/24/2022) |
| 03/24/2022 | 53 | **ENDORSED ORDER granting 51 Defendants, Opko Health, Inc.'s and Phillip Frost, M.D.'s, Unopposed Second Motion for Extension of Time and 52 Defendant, Marc Grodman's, Unopposed Motion for Extension of Time. Opko Health, Dr. Frost, and Mr. Grodman shall have up to and including April 25, 2022 to respond to the Complaint. Signed by Magistrate Judge Joel B. Toomey on 3/24/2022. (JDM)** (Entered: 03/24/2022) |
| 04/05/2022 | 54 | UNOPPOESED MOTION for Justin T. Berger to appear pro hac vice, Special Admission fee paid, Receipt No. AFLMDC−19423898 for $150 by FBG, LLC. (Schultz, Matthew) Motions referred to Magistrate Judge Joel B. Toomey. (Modified on 4/5/2022 to edit docket text) (JDR). (Entered: 04/05/2022) |
| 04/05/2022 | 55 | UNOPPOSED MOTION for Carlos Urzua to appear pro hac vice, Special Admission fee paid, Receipt No. AFLMDC−19423978 for $150 by FBG, LLC. (Schultz, Matthew) Motions referred to Magistrate Judge Joel B. Toomey. (Modified on 4/5/2022 to edit docket text) (JDR). (Entered: 04/05/2022) |
| 04/05/2022 | 56 | UNOPPOSED MOTION for Bethany M. Hill to appear pro hac vice, Special Admission fee paid, Receipt No. AFLMDC−19424014 for $150 by FBG, LLC. (Schultz, Matthew) Motions referred to Magistrate Judge Joel B. Toomey. (Modified on 4/5/2022 to edit docket text) (JDR). (Entered: 04/05/2022) |
| 04/06/2022 | 57 | **ENDORSED ORDER granting 54, 55, & 56, Unopposed Motions for Special Admission. If Justin T. Berger, Esq., Carlos Urzua, Esq., and Bethany M. Hill, Esq., have not already done so, they each shall immediately register for a login and password for electronic filing at the Court's website at www.flmd.uscourts.gov. Signed by Magistrate Judge Joel B. Toomey on 4/6/2022. (JDM)** (Entered: 04/06/2022) |
| 04/13/2022 | 58 | MOTION for Extension of Time to File Case Management Report by FBG, LLC. (Urzua, Carlos) Motions referred to Magistrate Judge Joel B. Toomey. (Entered: 04/13/2022) |
| 04/14/2022 | 59 | **ENDORSED ORDER granting 58 Plaintiffs' Motion for Extension of Time. The parties shall have up to and including April 27, 2022 to file a case management report. Signed by Magistrate Judge Joel B. Toomey on 4/14/2022. (JDM)** (Entered: 04/14/2022) |
| 04/15/2022 | 60 | CORPORATE Disclosure Statement by OPKO Health Inc. LLC. (Orr, Michael) (Entered: 04/15/2022) |
| 04/25/2022 | 61 | Unopposed MOTION for Eric Corngold to appear pro hac vice, Special Admission fee paid, Receipt No. AFLMDC−19497325 for $150 by Marc D. Grodman. (Gallagher, Scott) Motions referred to Magistrate Judge Joel B. Toomey. (Entered: 04/25/2022) |
| 04/25/2022 | 62 | |

| | | |
|---|---|---|
| | | Unopposed MOTION for Priyanka Wityk to appear pro hac vice, Special Admission fee paid, Receipt No. AFLMDC−19497354 for $150 by Marc D. Grodman. (Gallagher, Scott) Motions referred to Magistrate Judge Joel B. Toomey. (Entered: 04/25/2022) |
| 04/25/2022 | 63 | Joint MOTION to Dismiss Complaint by All Defendants. (Orr, Michael) (Entered: 04/25/2022) |
| 04/26/2022 | 64 | **ENDORSED ORDER granting 61 & 62 Motions for Special Admission. If Eric Corngold, Esq., and Priyanka Wityk, Esq., have not already done so, they each shall immediately register for a login and password for electronic filing at the Court's website at www.flmd.uscourts.gov. Signed by Magistrate Judge Joel B. Toomey on 4/26/2022. (JDM)** (Entered: 04/26/2022) |
| 04/28/2022 | 65 | CASE MANAGEMENT REPORT. (Berger, Justin) (Entered: 04/28/2022) |
| 05/04/2022 | 66 | Consent MOTION for Extension of Time to File Response/Reply as to 63 Joint MOTION to Dismiss Complaint by FBG, LLC. (Urzua, Carlos) Motions referred to Magistrate Judge Joel B. Toomey. (Entered: 05/04/2022) |
| 05/05/2022 | 67 | **ENDORSED ORDER granting 66 Plaintiffs' Consent Motion to Extend the Deadline for Plaintiffs to Respond to Defendants' Joint Motion to Dismiss the Complaint. Plaintiffs shall have up to and including May 31, 2022 to respond to Defendants' Joint Motion to Dismiss the Complaint 63. Signed by Magistrate Judge Joel B. Toomey on 5/5/2022. (TSP)** (Entered: 05/05/2022) |
| 05/25/2022 | 68 | **CASE MANAGEMENT AND SCHEDULING ORDER: Mediator selection due by 1/2/2024; Fact Discovery due by 2/28/2024; Dispositive motions due by 6/4/2024; Conduct mediation hearing by 7/1/2024; Pretrial statement due by 10/16/2024; Final Pretrial Conference set for 10/23/2024 at 10:00 AM in Jacksonville Courtroom 12 C before Judge Brian J. Davis; Jury Trial set for trial term commencing on 11/4/2024 at 9:00 AM in Jacksonville Courtroom 12 C before Judge Brian J. Davis. Signed by Judge Brian J. Davis on 5/25/2022. (Attachments: # 1 Mediation Report Form, # 2 Docket Sheets)(AMP)** (Entered: 05/25/2022) |
| 05/26/2022 | 69 | CASE REFERRED to Mediation. (JDR) (Entered: 05/26/2022) |
| 05/31/2022 | 70 | RESPONSE in Opposition re 63 Joint MOTION to Dismiss Complaint filed by FBG, LLC. (Berger, Justin) (Entered: 05/31/2022) |
| 06/01/2022 | 71 | UNOPPOSED JOINT MOTION for Leave to File Reply by Phillip Frost, Marc D. Grodman, OPKO Health Inc. LLC, Charles Todd. (Orr, Michael) Motions referred to Magistrate Judge Joel B. Toomey. (Modified on 6/2/2022 to edit docket text) (JDR). (Entered: 06/01/2022) |
| 06/03/2022 | 72 | **ENDORSED ORDER: 71 Defendants' Unopposed Joint Motion for Leave to File Joint Reply is GRANTED. Defendants shall file a reply of no more than seven (7) substantive pages on or before June 21, 2022. Signed by Judge Brian J. Davis on 6/3/2022. (AMP)** (Entered: 06/03/2022) |
| 06/03/2022 | 73 | CERTIFICATE of interested persons and corporate disclosure statement by Charles Todd. (Gallagher, Scott) (Entered: 06/03/2022) |
| 06/03/2022 | 74 | CERTIFICATE of interested persons and corporate disclosure statement re 68 Case Management / FLSA / ADA / Social Security / Scheduling Order,, by Marc D. |

| | | Grodman. (Wityk, Priyanka) (Entered: 06/03/2022) |
|---|---|---|
| 06/03/2022 | 75 | CERTIFICATE of interested persons and corporate disclosure statement by FBG, LLC. (Berger, Justin) (Entered: 06/03/2022) |
| 06/21/2022 | 76 | JOINT REPLY to Response to Motion re 63 Joint MOTION to Dismiss Complaint filed by Phillip Frost, Marc D. Grodman, OPKO Health Inc. LLC, Charles Todd. (Orr, Michael) (Modified on 6/22/2022 to edit docket text) (JDR). (Entered: 06/21/2022) |
| 09/09/2022 | 77 | SUPPLEMENTAL Certificate of interested persons and corporate disclosure statement by FBG, LLC identifying Other Affiliate FBG, LLC, Other Affiliate Chris Riedel, Other Affiliate Richard Prendergast, Other Affiliate Neville Brooks for FBG, LLC. (Berger, Justin) (Modified on 9/12/2022, to edit text) (BGR). (Entered: 09/09/2022) |
| 02/07/2023 | 78 | NOTICE of Change of Law Firm Name by Marc D. Grodman (Wityk, Priyanka) (Modified on 2/8/2023 to edit docket text) (JDR). (Entered: 02/07/2023) |
| 03/01/2023 | 79 | Unopposed MOTION for Grace Y. Park to appear pro hac vice, Special Admission fee paid, Receipt No. AFLMDC−20564201 for $150 by FBG, LLC. (Berger, Justin) Motions referred to Magistrate Judge Joel B. Toomey. (Entered: 03/01/2023) |
| 03/02/2023 | 80 | **ENDORSED ORDER granting 79 Unopposed Motion for Special Admission. If Grace Y. Park, Esq., has not already done so, she shall expeditiously register for a login and password for electronic filing at the Court's website at www.flmd.uscourts.gov. Signed by Magistrate Judge Joel B. Toomey on 3/2/2023. (TSP)** (Entered: 03/02/2023) |
| 03/24/2023 | 81 | **ORDER GRANTING 63 Motion to Dismiss the Complaint *to the extent* that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE. The Clerk shall close this file and Plaintiff may file on or before April 13, 2023, an amended complaint that remedies the deficiencies noted in this Order. The Clerk shall reopen the case without further order upon the filing of an amended complaint. Signed by Judge Brian J. Davis on 3/24/2023. (AMP)** (Entered: 03/24/2023) |
| 04/13/2023 | 82 | STRICKEN per Order 101. AMENDED COMPLAINT against All Defendants with Jury Demand. filed by FBG, LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17)(Berger, Justin) Modified text on 12/29/2023 (BD). (Entered: 04/13/2023) |
| 04/18/2023 | 83 | PROPOSED summons to be issued by FBG, LLC. (Berger, Justin) (Entered: 04/18/2023) |
| 04/18/2023 | 84 | PROPOSED summons to be issued by FBG, LLC. (Berger, Justin) (Entered: 04/18/2023) |
| 04/19/2023 | 85 | SUMMONS issued as to Adam Logal. (JDR) (Entered: 04/19/2023) |
| 04/19/2023 | 86 | SUMMONS issued as to Bioreference Health, LLC. (JDR) (Entered: 04/19/2023) |
| 04/26/2023 | 87 | Joint MOTION for Extension of Time to File Response to First Amended Complaint by OPKO Health Inc. LLC. (Orr, Michael) Motions referred to Magistrate Judge Joel B. Toomey. (Entered: 04/26/2023) |

| 04/28/2023 | 88 | **ENDORSED ORDER granting the parties' 87 Joint Motion for Extensions of Time. Defendants shall have up to and including June 20, 2023, to respond to the 82 First Amended Complaint. Plaintiff shall respond to any motion(s) to dismiss within 35 days of the filing date(s) of said motion(s). Signed by Magistrate Judge Joel B. Toomey on 4/28/2023. (KMD)** (Entered: 04/28/2023) |
|---|---|---|
| 06/20/2023 | 89 | Joint MOTION to Dismiss 82 Amended Complaint by All Defendants. (Orr, Michael) (Modified on 6/20/2023 to edit docket text and relationship) (JDR). (Entered: 06/20/2023) |
| 07/25/2023 | 90 | RESPONSE in Opposition re 89 Joint MOTION to Dismiss Amended Complaint Opposition to Defendants' Joint Motion to Dismiss the First Amended Complaint filed by FBG, LLC. (Park, Grace) Modified on 7/26/2023 (CTR). (Entered: 07/25/2023) |
| 07/25/2023 | 91 | First REQUEST for oral argument re 89 Joint MOTION to Dismiss Amended Complaint by FBG, LLC. (Park, Grace) Modified text on 7/26/2023 (MCB). (Entered: 07/25/2023) |
| 07/31/2023 | 92 | Unopposed MOTION for Leave to File Other Document :Joint Reply by All Defendants. (Orr, Michael) (Entered: 07/31/2023) |
| 08/16/2023 | 93 | **ENDORSED ORDER: 92 Defendants' Unopposed Joint Motion for Leave to File Reply is GRANTED. On or before August 24, 2023, Defendants shall file their consolidated reply of no more than seven (7) pages. Signed by Judge Brian J. Davis on 8/16/2023. (AMP)** (Entered: 08/16/2023) |
| 08/24/2023 | 94 | REPLY to Response to Motion re 92 Unopposed MOTION for Leave to File Other Document :Joint Reply filed by OPKO Health Inc. LLC. (Orr, Michael) (Entered: 08/24/2023) |
| 09/12/2023 | 95 | Unopposed MOTION to Modify *Discovery and Case Management Deadlines* by FBG, LLC. (Park, Grace) Motions referred to Magistrate Judge Joel B. Toomey. (Entered: 09/12/2023) |
| 09/14/2023 | 96 | **ENDORSED ORDER: 95 Relator's Unopposed Motion to Modify Discovery and Case Management Deadlines is GRANTED. An amended case management and scheduling order will enter. Signed by Judge Brian J. Davis on 9/14/2023. (AMP)** (Entered: 09/14/2023) |
| 09/21/2023 | 97 | **AMENDED CASE MANAGEMENT AND SCHEDULING ORDER. Mediator selection due by 1/24/2025; Fact Discovery due by 4/23/2025; Conduct mediation hearing by 8/25/2025; Dispositive motions due by 7/29/2025; Pretrial statement due by 1/14/2026; Final Pretrial Conference set for 1/21/2026 at 10:00 AM in Jacksonville Courtroom 12 C before Judge Brian J. Davis; Jury Trial set for trial term commencing on 2/2/2026 at 9:00 AM in Jacksonville Courtroom 12 C before Judge Brian J. Davis. Signed by Judge Brian J. Davis on 9/21/2023. (AMP)** (Entered: 09/21/2023) |
| 10/16/2023 | 98 | Unopposed MOTION for Bethany M. Hill to Withdraw as Attorney by FBG, LLC. (Park, Grace) Motions referred to Magistrate Judge Joel B. Toomey. (Entered: 10/16/2023) |
| 10/16/2023 | 99 | Unopposed MOTION for Justin T. Berger to Withdraw as Attorney by FBG, LLC. (Park, Grace) Motions referred to Magistrate Judge Joel B. Toomey. (Entered: 10/16/2023) |

| 10/17/2023 | 100 | **ENDORSED ORDER granting 98 99 Unopposed Motions to Withdraw as Counsel. Bethany M. Hill, Esq., and Justin T. Berger, Esq., are hereby permitted to withdraw as counsel for Plaintiff. The Clerk is directed to terminate Ms. Hill and Mr. Berger as counsel of record. Signed by Magistrate Judge Joel B. Toomey on 10/17/2023. (TSP)** (Entered: 10/17/2023) |
|---|---|---|
| 12/29/2023 | 101 | **ORDER granting 89 Motion to Dismiss the Amended Complaint. The doc. 82 Amended Complaint is STRICKEN. Second Amended Complaint due on or before 1/19/2024.; Denying as moot 91 Motion to Request Oral Argument. Signed by Judge Brian J. Davis on 12/29/2023. (BD)** (Entered: 12/29/2023) |
| 01/02/2024 | 102 | Case Reassigned to Judge Wendy W. Berger. New case number: 3:18–cv–166–WWB–JBT. Senior Judge Brian J. Davis no longer assigned to the case. (ELM) (Entered: 01/02/2024) |
| 01/19/2024 | 103 | Second AMENDED COMPLAINT against All Defendants with Jury Demand. filed by FBG, LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23)(Park, Grace) Modified on 1/22/2024 to edit docket text (EAM). (Entered: 01/19/2024) |
| 01/22/2024 | 104 | NOTICE TO COUNSEL Niall P. McCarthy, Jeffrey G. Mudd Local Rule 2.01(c), Special Admission of Non–Resident Lawyer – File a Motion to Appear Pro Hac Vice. Co–counsel with filing rights may electronically file the motion on behalf of the non–resident lawyer or the motion may be filed on paper; Pay the Special Admission Fee; Submit a Pro Hac Vice E–File Registration through PACER. Visit www.flmd.uscourts.gov/for–lawyers for details (Signed by Deputy Clerk). (EAM) (Entered: 01/22/2024) |
| 01/23/2024 | 105 | **ORDERED: The Second Amended Complaint (Doc. 103) is dismissed with prejudice. The Clerk is directed to close this case. Signed by Judge Wendy W. Berger on 1/23/2024. (CKS)** (Entered: 01/23/2024) |
| 02/16/2024 | 106 | NOTICE OF APPEAL as to 105 Order Dismissing Case by FBG, LLC. Filing fee $ 605, receipt number AFLMDC–21777383. (Park, Grace) (Entered: 02/16/2024) |

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

FBG, LLC,

          Plaintiff,

v.                                    Case No.: 3:18-cv-166-WWB-JBT

OPKO HEALTH INC. LLC, PHILLIP
FROST, MARC D. GRODMAN,
CHARLES TODD, BIOREFERENCE
HEALTH, LLC and ADAM LOGAL,

          Defendants.

_____/

## <u>ORDER</u>

THIS CAUSE is before the Court on *sua sponte* review of the Second Amended Complaint (Doc. 103).  Based on this Court's review, the Second Amended Complaint continues to be an impermissible shotgun pleading that is due to be dismissed.

As a general matter, "[t]he failure to identify claims with sufficient clarity to enable the defendant to frame a responsive pleading constitutes a 'shotgun pleading.'"  *Beckwith v. BellSouth Telecomms. Inc.*, 146 F. App'x 368, 371 (11th Cir. 2005) (citing *Byrne v. Nezhat*, 261 F.3d 1075, 1029–30 (11th Cir. 2001)).  "Shotgun pleadings wreak havoc on the judicial system" and "divert already stretched judicial resources into disputes that are not structurally prepared to use those resources efficiently."  *Wagner v. First Horizon Pharm. Corp.*, 464 F.3d 1273, 1279 (11th Cir. 2006) (quotation omitted).  As such, "[w]hen presented with a shotgun complaint, the district court should order repleading *sua sponte*."  *Ferrell v. Durbin*, 311 F. App'x 253, 259 n.8 (11th Cir. 2009); *see also Johnson Enters. of Jacksonville, Inc. v. FPL Grp., Inc.*, 162 F.3d 1290, 1333 (11th Cir. 1998) (noting

14

that shotgun pleadings drain judicial resources, and the district should act *sua sponte* to define the issues at the earliest possible stage).

The Eleventh Circuit has defined four types of shotgun pleadings. "The most common type—by a long shot—is a complaint containing multiple counts where each count adopts the allegations of all preceding counts, causing each successive count to carry all that came before and the last count to be a combination of the entire complaint." *Weiland v. Palm Beach Cnty. Sheriff's Off.*, 792 F.3d 1313, 1321 (11th Cir. 2015). The second most common type "is a complaint that . . . is guilty of the venial sin of being replete with conclusory, vague, and immaterial facts not obviously connected to any particular cause of action." *Id.* at 1322. "The third type of shotgun pleading is one that commits the sin of not separating into a different count each cause of action or claim for relief." *Id.* at 1322–23. "Fourth, and finally, there is the relatively rare sin of asserting multiple claims against multiple defendants without specifying which of the defendants are responsible for which acts or omissions, or which of the defendants the claim is brought against." *Id.* at 1323.

Plaintiff's Second Amended Complaint falls at least into the first category because each count of the Second Amended Complaint reincorporates by reference every allegation of the entire pleading. (*See* Doc. 103, ¶¶ 142, 153, 163, 174, 187, 200, 213). This circumstance makes it virtually impossible to discern which of the facts alleged supports each claim and is sufficient grounds to dismiss. Furthermore, the Court notes that the Complaint (Doc. 1) was previously dismissed, in part, as shotgun pleading, (*see* Doc. 81 at 6–7, 10), and the Amended Complaint was likewise dismissed as a shotgun pleading for lumping Defendants together, (*see* Doc. 101 at 2–3). Accordingly, Plaintiff

has ample notice of the shotgun pleading standards and the issues in its prior filings. The Second Amended Complaint will be dismissed with prejudice. *See Barmapov v. Amuial*, 986 F.3d 1321, 1326 (11th Cir. 2021).

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Second Amended Complaint (Doc. 103) is **DISMISSED with prejudice**.

2. The Clerk is directed to close this case.

**DONE AND ORDERED** in Jacksonville, Florida on January 23, 2024.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF FLORIDA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, STATE OF FLORIDA, STATE OF GEORGIA, COMMONWEALTH OF MASSACHUSETTS, STATE OF CALIFORNIA *ex rel*. FBG, LLC,<br><br>   Plaintiffs,<br><br> vs.<br><br>OPKO HEALTH, INC., a Delaware corporation; BIOREFERENCE HEALTH, LLC, a Delaware limited liability company, fka BIO-REFERENCE LABORATORIES, INC., PHILLIP FROST, M.D., an individual, MARC D. GRODMAN, M.D., an individual, CHARLES TODD, an individual, and ADAM LOGAL, an individual,<br><br>   Defendants. | Civil Case No. 3:18-cv-166-WWB-JBT |

NOTICE OF APPEAL

Plaintiffs United States of America, State of Florida, State of Georgia, Commonwealth of Massachusetts, and State of California, by and through Relator FBG, LLC, appeals to the United States Court of Appeals for the Eleventh Circuit the January 23, 2024 Order (Dkt. 105), dismissing with prejudice the Second Amended Complaint filed on January 19, 2024 (Dkt. 103).

February 16, 2024

Respectfully submitted,

LEVIN PAPANTONIO RAFFERTY

*/s/ Matthew D. Schultz*
MATTHEW D. SCHULTZ (FBN 640328)
PETER MOUGEY (FBN 191825)
CHRISTOPHER G. PAULOS (FBN 91579)
W. TROY BOUK (FBN 0043384)
LEVIN PAPANTONIO RAFFERTY
316 S. Baylen Street, Suite 600
Pensacola, FL 32502-5996
Telephone:   (850) 435-7067
Facsimile:   (850) 436-6066
E-Mail:       mschultz@levinlaw.com
              pmougey@levinlaw.com
              cpaulos@levinlaw.com
              tbouk@levinlaw.com

COTCHETT, PITRE & McCARTHY, LLP

*/s/ Grace Y. Park*
NIALL P. McCARTHY (CA SBN 160175)
(*pro hac vice to be sought*)
GRACE Y. PARK (CA SBN 239928)
(*pro hac vice*)
CARLOS URZUA (CA SBN 303176)
(*pro hac vice*)
JEFFREY G. MUDD (CA SBN 326304)
(*pro hac vice to be sought*)
COTCHETT, PITRE & McCARTHY, LLP
2716 Ocean Park Blvd., Suite 3088
Santa Monica, CA 94045

2

18

Telephone:   (310) 392-2008
Facsimile:   (310) 391-0111
E-Mail:      nmccarthy@cpmlegal.com
                gpark@cpmlegal.com
                curzua@cpmlegal.com
                jmudd@cpmlegal.com

*Attorneys for Relator*

CERTIFICATE OF SERVICE

I hereby certify that on February 16, 2024, I electronically filed the foregoing

with the Clerk of the Court by using the CM/ECF system.

*/s/ Grace Y. Park*
Attorney for Relator