# In the United States Court of Appeals

## For the Eleventh Circuit

_____

No. 24-10493

_____

FBG, LLC,
Relator; a limited liability company,

                                                          Plaintiff-Appellant,

UNITED STATES OF AMERICA,
STATE OF CALIFORNIA,
STATE OF GEORGIA,
COMMONWEALTH OF MASSACHUSETTS,
STATE OF FLORIDA,
ex rel FGB, LLC.,

                                                    Movants-Appellants,

*versus*

OPKO HEALTH INC, LLC,
a Delaware corporation,
PHILLIP FROST,
MARC D. GRODMAN,
CHARLES TODD,

Case 3:18-cv-00166-WWB-J_T   Document 110   Filed 12/17/24   Page 2 of 3 PageID 1018
USCA11 Case: 24-10493   Document: 42-1   Date Filed: 12/17/2024   Page: 2 of 2

2                                                                                          24-10493

individuals,

BIOREFERENCE HEALTH, LLC,

a Delaware limited liability company

f.k.a. Bio-Reference Laboratories, Inc. et al.,

                                                    Defendants-Appellees.

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 3:18-cv-00166-WWB-JBT

_____

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: November 18, 2024

For the Court: DAVID J. SMITH, Clerk of Court

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith  
Clerk of Court

For rules and forms visit  
www.ca11.uscourts.gov

December 17, 2024

Clerk - Middle District of Florida  
U.S. District Court  
300 N HOGAN ST  
JACKSONVILLE, FL 32202

Appeal Number: 24-10493-CC  
Case Style: FBG, LLC v. OPKO Health Inc, LLC, et al  
District Court Docket No: 3:18-cv-00166-WWB-JBT

Enclosed is the Bill of Costs.

A copy of this letter, and the judgment form if noted above, but not a copy of the court's decision, is also being forwarded to counsel and pro se parties. A copy of the court's decision was previously forwarded to counsel and pro se parties on the date it was issued.

Clerk's Office Phone Numbers
General Information:    404-335-6100        Attorney Admissions:         404-335-6122
Case Administration:    404-335-6135        Capital Cases:               404-335-6200
CM/ECF Help Desk:       404-335-6125        Cases Set for Oral Argument: 404-335-6141

Enclosure(s)

MDT-1 Letter Issuing Mandate