# UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT

## Bill of Costs

Court of Appeals Docket No. __24-10493__

__FBG, LLC__ vs. __OPKO Health Inc., et al.__

A Bill of Costs should only be filed when the Clerk's Office has advised a party that the party is entitled to costs. FRAP 39 and 11th Cir. R. 39-1 govern costs taxable in this court and the time for filing the Bill of Costs. A motion for leave to file out of time is required for a Bill of Costs not timely received.

### INSTRUCTIONS

The appellate docketing fee is set in the fee schedule issued pursuant to 28 U.S.C. § 1913. However, the $5 fee for filing a notice of appeal is recoverable as a cost in the district court. In the grid below, multiply the number of original pages of each document by the total number of documents reproduced to calculate the total number of copies reproduced. Multiply this number by the cost per copy ( $.15 per copy for "In-House", up to $.25 per copy for commercial reproduction, supported by receipts) showing the product as costs requested.

|  | Repro. Method (Mark One) In-House / Comm* | No. of Original Pages | Total No. Documents Reproduced | Total No. of Copies | COSTS REQUESTED | CT. USE ONLY COSTS ALLOWED |
|---|---|---|---|---|---|---|
| Appellate Docketing Fee | — — | — | — | — | | |
| Appellant's Brief | | | | | | |
| Appendix | | | | | | |
| Appellee's Brief | x | 61 | 4 | 244 | $61.00 | $61.00 |
| Reply Brief | | | | | | |
| Binding | x | - | 4 | - | $21.00 | $21.00 |
| Shipping & Handling | x | - | - | - | $117.00 | $ -0-* |
| *Note: If reproduction was done commercially, receipt(s) must be attached. | | | | TOTAL | $ 199.00 REQUESTED | $ 82.00 ALLOWED |

I hereby swear or affirm that the costs claimed were actually and necessarily incurred in this appeal and that I have served this Bill of Costs on counsel/parties of record.

Signature: __Michael Fox Orr__ Digitally signed by Michael Fox Orr Date: 2024.11.27 22:09:05 -05'00'

Date Signed: __11/27/2024__

Attorney Name: __Michael Fox Orr__ (Type or print your name)

Attorney for: __OPKO Health, Inc., BioReference Health, LLC, Phillip Frost, M.D., and Adam Logal__ (Type or print name of client)

E-mail: __morr@orrcook.com__

Phone: __9043588300__

Street Address/City/State/Zip: __50 N. Laura Street, Suite 1675, Jacksonville, Florida 32202__

### FOR COURT USE ONLY

Costs are hereby taxed in the amount of $ __$82.00__ against __Appellant__

and are payable directly to __Appellee__

David J. Smith, Clerk of Court

Issued on: _____ By: __/S/ Tresa A. Raines__ DATE: __12/5/2024__
Deputy Clerk

BOC Rev.: 6/17

**ISSUED AS MANDATE 12/17/2024**

*Shipping and handling are not allowable costs

# EXHIBIT "A"

ISSUED AS MANDATE 12/17/2024

# Invoice

**Counsel Press Inc.**
PO Box 65019
Baltimore, Maryland 21264-5019
Phone: (800) 427-7325

Invoice Number: 0009164961
Date: 07/31/2024
Fed. Tax ID: 47-3380949
Terms: ON RECEIPT

**Sold To**

Mintz, Levin, Cohn, Ferris, Glovsky
One Financial Center, 39th Floor
Boston, MA 02111   USA

Attention: Janki H. Viroja, Esq.

File No.: 330287
Court: USCOA - 11TH
Case Name: FBG LLC v. OKO Health Inc

| | | | Amount |
|---|---|---|---|
| APPELLEE'S BRIEF | | | |
| 1.00 Preparation of Brief | @ | $750.00 | $750.00 |
| 61.00 Page(s) | @ | $0.00 | |
| 4.00 Volumes Spiral Bound | @ | $5.25 | $21.00 |
| 1.00 Filing of Documents | @ | $80.00 | $80.00 |
| 1.00 Shipping & Handling | @ | $117.00 | $117.00 |

This Invoice is Due Upon Receipt. Please Show Invoice Number on Check When Submitting Payment.

00-JM
08/06/2024 11:03 AM

Subtotal: $968.00
Sales Tax: $0.00
$0.00
Payment/Credit: $0.00
Balance: $968.00

Page 1 of 1

ISSUED AS MANDATE 12/17/2024

NEW YORK, NY - WASHINGTON, DC - PHILADELPHIA, PA - LOS ANGELES, CA - CHICAGO, IL
BUFFALO, NY - RICHMOND, VA - BOSTON, MA - ISELIN, NJ - SYRACUSE, NY - ROCHESTER, NY - DELHI, NY